In the Matter of ISIDORE FRIEDMAN, an attorney at law.

Argued March 26, 1956.

For the order: *Mr. John V. Crowell.*

For the respondent: *Mr. Isidore Friedman, pro se.*

March 26, 1956.  Name of respondent stricken from the roll of attorneys at law.  Opinion reported at 21 *N. J.* 273.